[No. 17792–3–I. Division One. April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ROBERT LEE TOMS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–03407–1, Robert E. Dixon, J., entered

February 5, 1986. *Reversed* by unpublished per curiam opinion.